Ms. Zabokritsky is relieved as counsel for Plaintiff, at Plaintiff's request and with her consent. The application for sanctions is denied. The Clerk of Court is respectfully directed to (1) flag this case as pro se and enter Plaintiff's contact information (found below) on the docket.; (2) send Plaintiff copies of ECF Nos. 12 and 16, along with a copy of this endorsement; and (3) terminate ECF Nos. 21 and 22.

March 24, 2026

Hon. Cathy Seibel
United States District Judge
United States District Court, Southern District of New York
300 Quarropas Street
White Plains, NY 10601

SO ORDERED.

*Cathy Seibel*  3/25/26
CATHY SEIBEL, U.S.D.J.

Re: Griffin v. United States, No. 7:25-cv-06783-CS - Letter Motion for Leave to Withdraw as Counsel

Dear Judge Seibel:

I have appeared for Plaintiff Joseph Griffin in this matter. On March 23, 2026, Mr. Griffin filed a pro se motion seeking, among other relief, removal of counsel (ECF No. 21).

In light of Plaintiff's stated position and to avoid further confusion on the docket, I respectfully request leave to withdraw as counsel for Plaintiff.

Plaintiff's current mailing address is:
Joseph Griffin, Reg. No. 17276-014
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

This request is made to clarify representation and avoid further confusion; counsel does not seek to delay the Court's schedule and will comply with any directions the Court provides regarding transition and scheduling.

Defendant's counsel has been informed of this request.

Respectfully submitted,

/s/ Florence D. Zabokritsky
Florence D. Zabokritsky, Esq.
Law Offices of Florence D. Zabokritsky
102-02 Metropolitan Ave.
Forest Hills, NY 11375
(347) 480-8844
fz@fzlitigation.com

cc: All counsel of record (via ECF)