UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
JOSEPH GRIFFIN,

Plaintiff,

-against-

UNITED STATES,

Defendant.

--------------------------------------------------------x

**ORDER**

7:25-CV-06783 (CS)

**CATHY SEIBEL, United States District Court Judge:**

Upon the application of Defendant for leave to take the deposition of Plaintiff Joseph Griffin, an inmate within the Federal Correctional Institution, Otisville, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED**: (1) that the Superintendent or other official in charge of the Federal Correctional Institution, located in Otisville, NY, produce inmate Joseph Griffin, BOP No. 17276-014, at a location within the facility for the taking of his video-recorded deposition; and (2) that Plaintiff appears in such place as designated by the Superintendent or other official in charge of the Federal Correctional Institution, Otisville, so that his deposition may be taken.

Dated: August 12, 2026
New York, New York

SO ORDERED

Cathy Seibel

CATHY SEIBEL,
United States District Court Judge